UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                      :

JOSHUA LEWIS,                          :

                    Plaintiff,     :

                                :        24 Civ. 354 (LGS)

           -against-        :

                                :        <u>ORDER</u>

THE CITY OF NEW YORK, et al.,     :

                  Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this action is subject to Local Civil Rule 83.10.

       WHEREAS, a mediation conference is scheduled for June 12, 2024, at 10 A.M.  It is

hereby

       **ORDERED** that the parties shall file joint status letters 30 days from the date of this

Order and every 30 days thereafter regarding the status of mediation.

Dated:  May 21, 2024
       New York, New York

                                    **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**